**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | | |
|---|---|---|
| Vitalife Inc. | : | |
| | : | No. 3:23-cv-01066-JAG-MEL |
| Plaintiff | : | |
| | : | |
| v. | : | Civil Action |
| | : | |
| Coloplast A/S, et al. | : | |
| | : | |
| Defendants | : | |
| | : | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

COME NOW plaintiff Vitalife Inc. and defendants Coloplast A/S and Coloplast Corp. (together with Vitalife, the "Parties," and each a "Party"), through their respective undersigned counsel, to very respectfully state and pray as follows:

1. In compliance with Magistrate Judge Marcos E. López's Order of September 16, 2025, Dkt. 197, the Parties executed a Confidential Settlement Agreement and Release.

2. Accordingly, and pursuant to Federal Rule 41(a)(1)(A)(ii) of Civil Procedure, the Parties respectfully request this Honorable Court to enter judgment dismissing this action in its entirety and with prejudice, each Party to bear its own costs and attorney's fees.

WHEREFORE, the Parties respectfully request this Honorable Court to enter judgment dismissing this action in its entirety and with prejudice, each Party to bear its own costs and attorney's fees.

RESPECTFULLY SUBMITTED.

-2-

In San Juan, Puerto Rico this 2nd day of October, 2025

| | |
|---|---|
| **LAW OFFICES OF LUIS A. MELÉNDEZ-ALBIZU**<br>Cobián Plaza, Suite 121<br>1607 Ponce de León Ave.<br>San Juan, P.R. 00909<br>Tel. (787) 313-0283<br>CM/ECF E-Mail:<br>lma@melendezalbizulaw.com<br>CM/ECF E-Mail:<br>MelendezAlbizuLaw@gmail.com<br><br>/s/Luis A. Meléndez-Albizu, Esq.<br>LUIS A. MELÉNDEZ ALBIZU<br>USDC-P.R. No. 205703<br><br>*Attorney for Vitalife Inc.* | **McCONNELL VALDÉS LLC**<br>270 Muñoz Rivera Avenue<br>Hato Rey, Puerto Rico 00918<br>P.O. Box 364225<br>San Juan, Puerto Rico 00936-4225<br>Telephone: (787) 759-9292<br>Fax: (787) 759-8282<br><br>*s/ Eduardo A. Zayas-Marxuach*<br>Eduardo A. Zayas-Marxuach<br>USDC-PR No. 216112<br>ezm@mcvpr.com<br><br>*s/ Daniel J. Perez-Refojos*<br>Daniel J. Perez-Refojos<br>USDC-PR No. 303909<br>dpr@mcvpr.com<br><br>*s/ Javier Aquino-Vidal*<br>Javier Aquino-Vidal<br>USDC-PR No. 308414<br>jav@mcvpr.com<br><br>*Attorneys for Coloplast A/S and Coloplast Corp.* |