IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| VITALIFE INC., **Plaintiffs,** v. COLOPLAST A/S, *et al.*, **Defendants** | CIVIL NO. 23-1066 (JAG) |

## JUDGMENT

Pursuant to the Parties' Joint Stipulation of Voluntary Dismissal with Prejudice, Docket No. 198, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's case without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Friday, October 3, 2025.

s/ Jay A. Garcia-Gregory
JAY A. GARCIA-GREGORY
U.S. DISTRICT JUDGE